**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 25-22867** |
| **James A. Podobnik, Jr.** | : | **Chapter 13** |
| **Chantel L. Podobnik** | : | **Judge Jeffery A. Deller** |
| | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | | |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Related Document #** |
| **Movant,** | : | |
| | : | |
| **vs** | : | |
| | : | |
| **James A. Podobnik, Jr.** | : | |
| **Chantel L. Podobnik** | : | |
| **Ronda J. Winnecour** | : | |
| | : | |
| **Respondents.** | : | |

## NOTICE OF CHANGE OF ADDRESS

The law firm of MDK Legal hereby gives notice to the Court and all parties that the address for JPMorgan Chase Bank, N.A., by and through its mortgage servicing agent JPMorgan Chase Bank, NA, ("Creditor") as it relates to Claim No. 7 filed December 1, 2025 has changed. All notices, pleadings and other papers required or permitted to be served or filed herein should be directed to new address for Creditor at the following:

NOTICE ADDRESS:
JP Morgan Chase Bank, N.A.
National Bankruptcy Department 700 Kansas Lane, LA4-5599
Monroe LA 71203

PAYMENT ADDRESS:
JP Morgan Chase Bank, N.A.
National Bankruptcy Department 700 Kansas Lane, LA4-6310
Monroe  LA 71203

Respectfully submitted,

/s/ Adam B. Hall

Adam B. Hall, Esquire (323867)
MDK Legal
P.O. Box 165028

25-027548_CDG

Case 25-22867-JAD   Doc 29   Filed 04/30/26   Entered 04/30/26 17:40:58   Desc Main
Document      Page 2 of 4

Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is ABHall@mdklegal.com

25-027548_CDG

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 25-22867** |
| **James A. Podobnik, Jr.** | : | **Chapter 13** |
| **Chantel L. Podobnik** | : | **Judge Jeffery A. Deller** |
| | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | : | |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Related Document #** |
| **Movant,** | : | |
| | : | |
| **vs** | : | |
| | : | |
| **James A. Podobnik, Jr.** | : | |
| **Chantel L. Podobnik** | : | |
| **Ronda J. Winnecour** | : | |
| **Respondents.** | : | |

<u>**CERTIFICATE OF SERVICE OF NOTICE OF CHANGE OF ADDRESS**</u>

I certify under penalty of perjury that I caused the Notice of Change of Address to be served on the parties at the addresses specified below or on the attached list on (date) __04/30/2026__ .

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: _____First-class mail and electronic notification_____ .

EXECUTED ON: __04/30/2026__

By: _____/s/ Adam B. Hall_____
Signature
Adam B. Hall, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.
323867
List Bar I.D. and State of Admission

25-027548_CDG

Adam B. Hall, Attorney for Creditor, MDK Legal, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA  15219, cmecf@chapter13trusteewdpa.com (notified by ecf)

Kenneth Steidl, Attorney for Debtor, Koppers Building, 436 Seventh Ave. Ste. 322, Pittsburgh, PA  15219,  julie.steidl@steidl-steinberg.com (notified by ecf)

James A. Podobnik, Jr. and Chantel L. Podobnik, Debtor, 260 Constitution Drive, Pittsburgh, PA  15236 (notified by regular US Mail)

25-027548_CDG